GEORGE M. BLACK et al., Surviving Trustees, Appellants, *v.* MANUFACTURERS' COMMERCIAL COMPANY, Respondent.

*Black* v. *Manufacturers' Commercial Co.,* 154 App. Div. 936, affirmed.

(Argued March 12, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1913, affirming a judgment in favor of defendant entered upon the report of a referee in an action brought to recover for breach of an alleged contract to repurchase certain stock. The defense was that the defendant had no surplus profits out of which it could purchase the stock, and that the contract to repurchase its own stock was *ultra vires,* illegal, void and contrary to the public policy of the state of New York and to the statutes thereof.

*Julien T. Davies, Herbert Barry, Julian C. Harrison* and *Harold C. McCollom* for appellants.

*Elbridge L. Adams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Dissenting: WILLARD BARTLETT, Ch. J., HISCOCK and MILLER, JJ.